UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KHALEEF DANIELS, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 23-4572 (RBK) (EAP) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendant. | : | |
| | : | |

Plaintiff is a federal prisoner incarcerated at F.C.I. Fairton in Fairton, New Jersey. He is proceeding *pro se* with a civil complaint. (*See* ECF 1). Previously, this Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice and administratively terminated this case. (*See* ECF 3). Subsequently, Plaintiff filed another application to proceed *in forma pauperis* (*see* ECF 4) such that the Clerk will be ordered to reopen this case.

Plaintiff's most recent application to proceed *in forma pauperis* is still incomplete. Indeed, Plaintiff's attached certified account statement only includes his deposits, but does not include a full accounting of his prisoner account statement. Thus, as Plaintiff's certified prisoner account statement only includes his deposits, but not his balance, this Court cannot conclude based on this record whether Plaintiff is in fact indigent. Accordingly, Plaintiff's most recent application to proceed *in forma pauperis* will be denied without prejudice and the Clerk shall be ordered to re-administratively terminate this case.

Therefore, IT IS on this 6th day of September, 2023,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF 4) is denied without prejudice as incomplete as it lacks a full accounting of Plaintiff's prisoner account; and it is further

ORDERED that the Clerk shall on Plaintiff by regular U.S. mail: (1) a copy of this memorandum and order; and (2) a blank form application to proceed *in forma pauperis* by a prisoner in a civil rights case; and it is further

ORDERED that the Clerk shall re-administratively terminate this case.

s/ Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge