UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KHALEEF DANIELS, | : | |
| Plaintiff, | : | Civ. No. 23-4572 (RBK) (EAP) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM & ORDER** |
| Defendant. | : | |

Plaintiff, Khaleef Daniels ("Plaintiff" or "Daniels"), is a federal prisoner currently incarcerated at F.C.I. Fairton in Fairton, New Jersey. He is proceeding *pro se* with a civil complaint and accompanying exhibits. (*See* ECF 1, 1-2). Federal Rule of Civil Procedure 11(a) requires that Plaintiff sign his complaint. However, Plaintiff's complaint is unsigned. (*See* ECF 1 a 7). Rule 11(a) requires this Court to strike the complaint unless the deficiency is promptly corrected after bringing it to the *pro se* plaintiff's attention. *See* Fed. R. Civ. P. 11(a). Thus, Plaintiff shall be afforded a short period in which to submit to this Court a signed copy of his complaint. For purposes of docket management only, the Clerk will be ordered to administratively terminate this case subject to reopening if Plaintiff submits a signed copy of his complaint in the time allotted by this Court.

Accordingly, IT IS on this 21st day of February, 2024,

ORDERED that the Clerk shall administratively terminate this case as Plaintiff's complaint runs afoul of Federal Rule of Civil Procedure 11(a) as it is unsigned; and is further

ORDERED that Plaintiff shall have thirty (30) days from the date of this memorandum and order in which to submit a signed complaint; and it is further

ORDERED that upon receiving a signed copy of Plaintiff's complaint, this Court will order the Clerk to reopen this case so that the complaint can be screened pursuant to 28 U.S.C. §§ 1915(e)(2)(B) & 1915A(b) in due course; and it is further

ORDERED that the Clerk shall serve on Plaintiff by regular U.S. mail: (1) a copy of this memorandum and order; and (2) a copy of Plaintiff's previously filed unsigned complaint and accompanying exhibits (ECF 1 & 1-2).

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge